IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | C.A. No. _____<br><br>**JURY TRIAL REQUESTED** |

**NOTICE OF RELATED CASES
UNDER DELAWARE LOCAL RULE 3.1**

## I. RELATED CASES

*Power Integrations, Inc. v. Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation*, Civil Action No. 04-1371 JJF (D. Del.) ("*Fairchild I*")

*Power Integrations, Inc. v. BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd.*, Civil Action No. 07-633 JJF-LPS (D. Del.)

*BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co. v. Power Integrations, Inc.*, Case No. 3:08-cv-00372 MMC (N.D. Cal.)

*Power Integrations, Inc. v. System General Corp. and System General USA*, Case No. 3:04-cv-02581-JSW (N.D. Cal.) and *In the Matter of CERTAIN POWER SUPPLY CONTROLLERS AND PRODUCTS CONTAINING SAME*, ITC Investigation No. 337-TA-541

## II. DISCUSSION

Delaware Civil Local Rule 3.1(b) provides that "[c]ounsel for a plaintiff in a civil action shall indicate on the civil cover sheet of such action and one or more other civil actions or proceedings previously decided or currently filed in this District or any other court . . . . (2) involve the same or substantially the same parties . . . [or] (3) involve the same patent or the

same trademark." Pursuant to this Rule, Plaintiff Power Integrations, Inc. ("Power Integrations") submits the following statement.

This case is an action for infringement of United States Patent Nos. 6,107,851 ("the '851 patent"); 6,249,876 ("the '876 patent"); and 7,110,270 ("the '270 patent"), all of which are owned by Power Integrations. At present, Power Integrations has two pending cases before Judge Joseph J. Farnan, Jr., both of which involve both the '876 patent and the '851 patent. During the course of the *Fairchild I* case, Judge Farnan construed the claims of the '876 and '851 patents, and presided over two jury trials on the '876 and '851 patents. In those trials, Delaware juries found that the patents were valid and infringed, including during a recent jury trial in September 2007, which affirmed the validity of the '876 and '851 patents.

*Power Integrations, Inc. v. System General Corp. and System General USA*, Case No. 3:04-cv-02581-JSW (N.D. Cal.) and *In the Matter of CERTAIN POWER SUPPLY CONTROLLERS AND PRODUCTS CONTAINING SAME*, ITC Investigation No. 337-TA-541 are both previous actions with overlapping parties but different patents; both proceedings have concluded. The ITC confirmed that the Power Integrations patents asserted in those matters are valid, enforceable, and infringed and issued an exclusion order prohibiting the importation of infringing System General chips and certain downstream products incorporating the infringing chips. The Federal Circuit affirmed the ITC's findings in all respects, and Power Integrations and System General subsequently dismissed the California case without prejudice, subject to the condition that any suit on the four patents at issue in that case (none of which are at issue in this case) be brought in the Northern District of California.

Dated: May 23, 2008               FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
         kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott A. Penner
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

**ATTORNEYS FOR PLAINTIFF**
**POWER INTEGRATIONS, INC.**