✎ AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
District of Delaware

| | | |
|---|---|---|
| Power Integrations, Inc. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| Fairchild Semiconductor International, Inc., et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

  Fairchild Semiconductor Corporation
  c/o Corporation Service Company
  2711 Centerville Road, Suite 400
  Wilmington, DE  19808

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  William J. Marsden, Jr., Fish & Richardson P.C., 919 N. Market Street, Suite 1100, Wilmington, DE  19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

_____
Name of clerk of court

Date:  MAY 2 3 2008   _____

_____
Deputy clerk's signature

  *(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _5/23/08_ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____MARY DRUMMOND AT 4:27PM_____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _5/23/08_____

_____
Server's signature

_SHANE HAMLIN_____
Printed name and title

_230 N MARKET St, WILM DE 1850_
Server's address