IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-309-JJF |
| | ) |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and SYSTEM GENERAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation and System General Corporation must answer, move, or otherwise respond to the complaint in the above action is extended through and including July 11, 2008.

| | |
|---|---|
| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
| /s/ *Kyle Wagner Comprton* | /s/ *John G. Day* |
| William J. Marsden, Jr. (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| Kyle Wagner Compton (I.D. #4693) | John G. Day (I.D. #2403) |
| 919 Market Street, Suite 1100 | Lauren E. Maguire (I.D. #4261) |
| P.O. Box 1114 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 652-5070 | Wilmington, DE 19899 |
| marsden@fr.com | (302) 654-1888 |
| kcompton@fr.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

{00223165;v1}