IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-309-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| and SYSTEM GENERAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Ulysses Hui and Ahmed Ghappour to represent the defendants in this matter.

Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of

$50.00 is being submitted to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

Dated: July 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-309-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| and SYSTEM GENERAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having

considered the motion for the admission *pro hac vice* of Ulysses Hui and Ahmed Ghappour to

represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00227682;v1}

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

**Ulysses Hui**
**Orrick, Herrington & Sutcliffe LLP**
**1000 Marsh Road**
**Menlo Park, CA 94025**
**(650) 614-7400**

Dated: July 2, 2008

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

Signed:

Ahmed Ghappour
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:  (650) 614-7400
Fax:  (650) 614-7401

Dated:  July 2, 2008