IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>and SYSTEM GENERAL CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 08-309-JJF |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **Defendants' Motion for a More Definitive Statement or, In the Alternative, To Dismiss or Strike Willfulness Allegations** will be presented to the Honorable Joseph J. Farnan, Jr. at 10:00 a.m. on September 12, 2008.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

{00228890;v1}

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated: July 11, 2008