IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-309-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| and SYSTEM GENERAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR A MORE DEFINITIVE STATEMENT OR, IN THE ALTERNATIVE, TO DISMISS OR STRIKE WILLFULNESS ALLEGATIONS**

Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation (collectively, "Defendants") will and hereby do move the Court for an order requiring plaintiff Power Integrations, Inc. to submit a more definite statement, pursuant to Fed. R. Civ. P. 12(e), on the ground that the Complaint is so vague and ambiguous that Defendants, either jointly or severally, cannot reasonably be required to frame a responsive pleading. In the alternative, Defendants move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing the Complaint in its entirety as insufficient to state a claim upon which relief can be granted; or, alternatively, move to strike the allegations of willful infringement from the Complaint, pursuant to Fed. R. Civ. P. 12(f) as insufficient as a matter of law.

Defendants file contemporaneously herewith and incorporate herein their Memorandum in Support of Defendants' Motion for a More Definitive Statement or, In the Alternative, To Dismiss or Strike Willfulness Allegations.

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: July 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-309-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| and SYSTEM GENERAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2008, the Court, having considered Defendants' Motion for a More Definitive Statement or, In the Alternative, To Dismiss or Strike Willfulness Allegations, and plaintiff's response thereto, the pleadings and papers on file with the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' motion is granted, and that plaintiff Power Integrations, Inc. must amend its Complaint to make a more definite statement, including (i) a specific identification of each defendant's products it currently believes infringe the patents-in-suit, (ii) a specific identification of which claims of the patents-in-suit it currently believes are infringed, and (iii) its grounds for alleging willful infringement of the '851 and '876 patents.

_____
United States District Judge