IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-309-JJF-LPS |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the Court has referred a related matter to Magistrate Judge Stark, <u>Power Integrations, Inc. v. BCD Semiconductor Corp., et al.</u>, Civil Action No. 07-633-JJF;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

July 25, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE