IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-309-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| and SYSTEM GENERAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 19th day of August, 2008, **DEFENDANTS FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, AND SYSTEM GENERAL CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-14)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Esquire                            HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Frank E. Scherkenbach, Esquire                         VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Howard G. Pollack, Esquire                             VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

{00226985;v1}

                                                ASHBY & GEDDES

                                                */s/ Lauren E. Maguire*

                                                _____
                                                Steven J. Balick (I.D. #2114)
                                                John G. Day (I.D. #2403).
                                                Lauren E. Maguire (I.D. 4261)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
                                                302-654-1888
                                                sbalick@ashby-geddes.com
                                                jday@ashby-geddes.com
                                                lmaguire@ashby-geddes.com

                                                *Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
ORRICK, HERRINGTON & STUCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: August 19, 2008