IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-309-JJF-LPS |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC., ET AL., | : |
| Defendants. | : |

## ORDER

At Wilmington this **25th** day of **August, 2008.**

IT IS ORDERED that a status conference has been scheduled for **October 3, 2008 at 10:00 a.m.** in courtroom 2A before Magistrate Judge Stark. The status conference will be held in conjunction with the oral argument scheduled for the same time in *Power Integrations v. BCD Semiconductor*, C.A. No. 07-633-JJF-LPS.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE