IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., <br><br> Defendants. | C.A. No. 08-309-JJF-LPS |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of September, 2008, **DEFENDANTS FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION AND SYSTEM GENERAL CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Esquire <br> Fish & Richardson, P.C. <br> 919 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire <br> Fish & Richardson P.C. <br> 225 Franklin Street <br> Boston, MA 02110-2804 | VIA ELECTRONIC MAIL |
| Howard G. Pollack, Esquire <br> Fish & Richardson P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 | VIA ELECTRONIC MAIL |

{00226985;v1}

ASHBY & GEDDES

*/s/ John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Ulysses Hui
ORRICK, HERRINGTON & STUCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: September 3, 2008