IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>      Defendants. | C.A. No. 08-309-JJF-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 3, 2008, a true and correct copy of Power Integration's Initial Disclosures were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND US MAIL**
G. Hopkins Guy, III
Bas de Blank
Vickie L. Feeman
Ulysses S. Hui
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**VIA EMAIL AND US MAIL**
Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Dated: September 4, 2008   FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607
Email:  marsden@fr.com
         kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott Penner
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

80067218.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

>Steven J. Balick
>John G. Day
>Lauren E. Maguire
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE  19801

>*/s/ William J. Marsden, Jr.*
>William J. Marsden, Jr.

80067218.doc