IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>Defendants. | C.A. No. 08-309 JJF-LPS |

### POWER INTEGRATIONS' MOTION TO STRIKE GU-YEON WEI'S SUPPLEMENTAL REPORT ON INFRINGEMENT AND TO PRECLUDE FAIRCHILD FROM RELYING ON NEW CLAIM CONSTRUCTION CONTENTIONS

Plaintiff Power Integrations, Inc. ("Power Integrations") hereby moves the Court to strike Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corp., and System General Corp.'s (collectively, "Fairchild") untimely-served "supplemental" expert report on infringement under the doctrine of equivalents and to preclude Fairchild from relying upon new and inconsistent narrowing constructions of claim terms Fairchild disclosed for the first time in its expert's reports, including constructions of claim terms that are inconsistent with the Court's constructions.

This Motion is based on Power Integrations' Opening Brief in Support of Its Motion to Strike Gu-Yeon Wei's Supplemental Report on Infringement and to Preclude Fairchild from Relying on New Claim Construction Contentions, filed contemporaneously herewith, on the documents submitted as exhibits thereto, on the pleadings in this civil action, and on such further evidence and argument as the Court may receive prior to its decision.

## RULE 7.1.1 CERTIFICATION

Power Integrations has raised the matters set forth in this motion with Fairchild in a number of exchanges between the parties and made a reasonable effort to reach agreement on the issues, but the parties have been unable to resolve their disputes.

Dated: April 26, 2010      FISH & RICHARDSON P.C.

By:    /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**