IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and  SYSTEM GENERAL CORPORATION, a Taiwanese corporation,<br><br>      Defendants. | C.A. No. 08-309 JJF-LPS |

**POWER INTEGRATIONS' STATEMENT CERTIFYING THAT NO GENUINE ISSUES OF MATERIAL FACT EXIST WITH REGARD TO THE FACTS ARGUED IN SUPPORT OF POWER INTEGRATIONS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY FAIRCHILD OF CLAIMS 6-9 OF THE '270 PATENT**

Pursuant to Paragraph 11 of the Court's Scheduling Order entered in this litigation [D.I. 61], Power Integrations, Inc. hereby certifies that no genuine issues of material fact exist with respect to the facts argued in support of its Motion for Summary Judgment of Infringement by Fairchild of Claims 6-9 of U.S. Patent No. 7,110,270.

/ / /

/ / /

/ / /

/ / /

Dated:  April 29, 2010        FISH & RICHARDSON P.C.

By:    */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      Kyle Wagner Compton (#4693)
      222 Delaware Avenue, 17th Floor
      P.O. Box 1114
      Wilmington, DE  19801
      Telephone: (302) 652-5070
      Facsimile:  (302) 652-0607
      Email:  marsden@fr.com
              kcompton@fr.com

      Frank E. Scherkenbach
      225 Franklin Street
      Boston, MA 02110-2804
      Telephone: (617) 542-5070
      Facsimile:  (617) 542-8906

      Howard G. Pollack
      Michael R. Headley
      500 Arguello Street, Suite 500
      Redwood City, CA 94063
      Telephone: (650) 839-5070
      Facsimile:  (650) 839-5071

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

50711109.doc