# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

17TH FLOOR
222 DELAWARE AVENUE
P.O. BOX 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

William J. Marsden, Jr.
302 778-8401

Email
marsden@fr.com

**VIA ECF**

July 9, 2010

The Honorable Leonard P. Stark
United States District Court
For the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations v. Fairchild II*
      USDC - D. Del. - C.A. No. 08-309 JJF-LPS

Dear Judge Stark:

Plaintiff Power Integrations submits this letter pursuant to the Court's order of June 29, 2010 [D.I. 332] requesting that the parties meet and confer and report back to the Court regarding (1) whether the parties unanimously consent to the Court's jurisdiction to handle pending case-dispositive motions and/or to handle the entire case and (2) how the remainder of the case should proceed.

The parties have met and conferred, and both consent to Your Honor handling the pending dispositive motions. The parties do not both consent that Your Honor should handle any further matters, including pretrial and trial.

As for how the remainder of the case should proceed, consistent with Judge Farnan's initial order referring this matter to Your Honor to "hear and resolve all pretrial matters, up to and including the pretrial conference" [D.I. 18], Power Integrations believes it would be entirely appropriate for Your Honor to keep this case on your docket and go forward with the remaining work necessary to prepare the case for trial, including resolving any evidentiary or other issues raised in pretrial submissions and presiding over the pretrial conference. Power Integrations believes this work could and should be done without unnecessary delay, on the same schedule set forth in the current scheduling order if Your Honor's own schedule would allow it. Since the pending motions would not resolve the entire case even if granted, this further pretrial work is necessary regardless of who ultimately presides over the trial of this case.

By the time Your Honor has resolved the pending motions and the pretrial work, the issue of who can or will try the case will almost certainly have been resolved. If it is Your Honor, proceeding in this way will have caused minimal disruption to the schedule under which we all have been operating, and Your Honor can set the case for trial at your early convenience if the confirmation vote is favorable. If it is a different judge, s/he will have benefited from Your Honor's deep knowledge of and experience with the case and parties, and your prior rulings up to and including the pretrial conference, all of

FISH & RICHARDSON P.C.

The Honorable Leonard P. Stark
July 9, 2010
Page 2

which have been fully authorized by the current order of reference. Either way, the most efficient course is for Your Honor to continue to manage this case and move it toward resolution.

Respectfully,

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/kxk

cc:   Steven J. Balick, Esquire (By E-mail)
      G. Hopkins Guy, III, Esquire (By E-mail and Federal Express)


80098399.doc