IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., :
:
    Plaintiff, :
:
v. : Civ. No. 08-309-JJF-LPS
:
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., :
FAIRCHILD SEMICONDUCTOR :
CORPORATION, and SYSTEM :
GENERAL CORPORATION, :
:
    Defendants. :

**ORDER**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation Regarding Claim Construction dated December 18, 2009, providing construction of the terms disputed between the parties (D.I. 212);

WHEREAS, Plaintiff Power Integrations Inc. submitted objections concerning the Report and Recommendation (D.I. 220);

WHEREAS, Defendants' Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and System General Corporation submitted objections to the Report and Recommendation (D.I. 221);

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Stark (D.I. 212);

NOW THEREFORE, IT IS HEREBY ORDERED that Judge Stark's Report and Recommendation Regarding Claim Construction (D.I. 212) is **ADOPTED** and the disputed terms are constructed as recommended in his Report and Recommendation.

July 20, 2010
DATE

*[signature]*
UNITED STATES DISTRICT COURT