IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., :
:
      Plaintiff, :
:
v. : Civ. No. 08-309-JJF-LPS
:
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., :
FAIRCHILD SEMICONDUCTOR :
CORPORATION, and SYSTEM :
GENERAL CORPORATION, :
:
      Defendants. :

### O R D E R

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 211) dated December 18, 2009, recommending the granting in part and denying in part of Defendants' Motion To Strike And Dismiss (D.I. 148);

WHEREAS, no objections were filed to the Report and Recommendation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   The Report and Recommendation (D.I. 211) is **ADOPTED**.

2. Defendants' Motion To Strike And Dismiss (D.I. 148) is **GRANTED** with respect to (a) Plaintiff's inequitable conduct counterclaims, affirmative defense of inequitable conduct, and patent misuse defense relating to the prosecution of the '780 patent, and (b) Plaintiff's inequitable conduct counterclaims and affirmative defense of inequitable conduct against Huang and Burgujian; and **DENIED** with respect to (a) Plaintiff's inequitable

conduct counterclaims and affirmative defense of inequitable conduct against Yang relating to the prosecution of the '972 and '595 patents, and (b) Plaintiff's patent misuse defense relating to the '972 and '595 patents.

July 22, 2010
DATE

_____
UNITED STATES DISTRICT COURT