## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-309-LPS |
| | : | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, | : | |
| INC., FAIRCHILD SEMICONDUCTOR | : | |
| CORPORATION, and SYSTEM GENERAL | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## **VERDICT FORM**

We, the jury, unanimously find as follows:

## I.   INFRINGEMENT OF POWER INTEGRATIONS' '605 PATENT

1.   Has Power Integrations proven by a preponderance of the evidence that Fairchild literally infringes any of the following claims of the '605 patent?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | |
|---|---|---|
|  | __YES__ | __NO__ |
| **Claim 1** |  | ✓ |
| **Claim 2** |  | ✓ |

2.   Has Power Integrations proven by a preponderance of the evidence that Fairchild induced others to infringe any of the following claims of the '605 patent?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | |
|---|---|---|
|  | __YES__ | __NO__ |
| **Claim 1** |  | ✓ |
| **Claim 2** |  | ✓ |

1

## II.   INFRINGEMENT OF POWER INTEGRATIONS' '270 PATENT

3.   Has Power Integrations proven by a preponderance of the evidence that Fairchild literally infringes any of the following claims of the '270 patent?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | |
|---|---|---|
|  | __YES__ | __NO__ |
| **Claim 6** |  | ✓ |
| **Claim 7** |  | ✓ |

4.   Has Power Integrations proven by a preponderance of the evidence that Fairchild induced others to infringe any of the following claims of the '270 patent?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | |
|---|---|---|
|  | __YES__ | __NO__ |
| **Claim 6** |  | ✓ |
| **Claim 7** |  | ✓ |

2

### III.   INFRINGEMENT OF POWER INTEGRATIONS' '876 PATENT

5.   Has Power Integrations proven by a preponderance of the evidence that Fairchild literally infringes any of the following claims of the '876 patent?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | | FAN103 Type Products | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 1 |  | ✓ | ✓ |  |
| Claim 21 |  | ✓ | ✓ |  |

6.   If you answered "NO" for any claim(s) or product(s) in Question 5, has Power Integrations proven by a preponderance of the evidence that Fairchild infringes any of the following claims of the '876 patent under the Doctrine of Equivalents?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | SG5841J Type Products | | FAN103 Type Products | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 1 | ✓ |  |  |  |
| Claim 21 | ✓ |  |  |  |

3

7.    Has Power Integrations proven by a preponderance of the evidence that Fairchild induced others to infringe any of the following claims of the '876 patent?

*"YES" is a finding for Power Integrations.   "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|          | SG5841J Type Products | | FAN103 Type Products | |
|----------|:---:|:---:|:---:|:---:|
|          | YES | NO | YES | NO |
| Claim 1  | ✓ |  | ✓ |  |
| Claim 21 | ✓ |  | ✓ |  |

4

## IV.   INFRINGEMENT OF POWER INTEGRATIONS' '851 PATENT

8.   Has Power Integrations proven by a preponderance of the evidence that Fairchild literally infringes claim 18 of the '851 patent?

*"YES" is a finding for Power Integrations. "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|          | SG5841J Type Products | | SG6842J Type Products | |
|----------|-----|-----|-----|-----|
|          | YES | NO | YES | NO |
| **Claim 18** | ✓ | | ✓ | |

9.   Has Power Integrations proven by a preponderance of the evidence that Fairchild induced others to infringe claim 18 of the '851 patent?

*"YES" is a finding for Power Integrations. "NO" is a finding for Fairchild.*

Please check the box that reflects your verdict.

|          | SG5841J Type Products | | SG6842J Type Products | |
|----------|-----|-----|-----|-----|
|          | YES | NO | YES | NO |
| **Claim 18** | ✓ | | ✓ | |

5

## V.    INVALIDITY OF POWER INTEGRATIONS' '605 PATENT

10.    Has Fairchild proven by clear and convincing evidence that any of the following claims of the '605 patent are anticipated and therefore invalid.

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|         | YES      | NO       |
|---------|----------|----------|
| **Claim 1** | [    ]   | [ ✓ ]   |
| **Claim 2** | [    ]   | [ ✓ ]   |

11.    Has Fairchild proven by clear and convincing evidence that any of the following claims of the '605 patent would have been obvious to a person of ordinary skill in the art at the time of the invention and therefore that any of the following claims are invalid?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|         | YES      | NO       |
|---------|----------|----------|
| **Claim 1** | [    ]   | [ ✓ ]   |
| **Claim 2** | [    ]   | [ ✓ ]   |

6

## VI.    INVALIDITY OF POWER INTEGRATIONS' '270 PATENT

12.    Has Fairchild proven by clear and convincing evidence that any of the following claims of the '270 patent are anticipated and therefore invalid?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | YES | NO |
|---|---|---|
| **Claim 6** | [    ] | [ ✓ ] |
| **Claim 7** | [    ] | [ ✓ ] |

13.    Has Fairchild proven by clear and convincing evidence that any of the following claims of the '270 patent would have been obvious to a person of ordinary skill in the art at the time of the invention and therefore that any of the following claims are invalid?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | YES | NO |
|---|---|---|
| **Claim 6** | [    ] | [ ✓ ] |
| **Claim 7** | [    ] | [ ✓ ] |

## VII.   INVALIDITY OF POWER INTEGRATIONS' '876 PATENT

14.   Has Fairchild proven by clear and convincing evidence that any of the following claims of the '876 patent are anticipated and therefore invalid?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 1** | [     ] | [ ✓ ] |
| **Claim 21** | [     ] | [ ✓ ] |

8

## VIII. INVALIDITY OF POWER INTEGRATIONS' '851 PATENT

15. Has Fairchild proven by clear and convincing evidence that claim 18 of the '851 patent is anticipated and therefore invalid?

*"YES" is a finding for Fairchild. "NO" is a finding for Power Integrations.*

Please check the box that reflects your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 18** | [    ] | [ ✓ ] |

## IX.    INFRINGEMENT OF FAIRCHILD'S '972 PATENT

16.    Has Fairchild proven by a preponderance of the evidence that Power Integrations infringes any of the following claims of the '972 patent?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|          | YES |       | NO |       |
|----------|-----|-------|----|-------|
| **Claim 6**  | [   | ]     | [ ✓ | ]     |
| **Claim 7**  | [   | ]     | [ ✓ | ]     |
| **Claim 18** | [   | ]     | [ ✓ | ]     |
| **Claim 19** | [   | ]     | [ ✓ | ]     |

17.    If you answered "NO" for any claim(s) in Question 16, has Fairchild proven by a preponderance of the evidence that Power Integrations infringes any of the following claims of the '972 patent under the Doctrine of Equivalents?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|          | YES   |   | NO |   |
|----------|-------|---|----|---|
| **Claim 6**  | [ ✓ | ] | [  | ] |
| **Claim 7**  | [ ✓ | ] | [  | ] |
| **Claim 18** | [ ✓ | ] | [  | ] |
| **Claim 19** | [ ✓ | ] | [  | ] |

18.   Has Fairchild proven by a preponderance of the evidence that Power Integrations induced others to infringe any of the following claims of the '972 patent?

*"YES" is a finding for Fairchild.   "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|          | YES       | NO        |
|----------|-----------|-----------|
| Claim 6  | [    ]    | [ ✓ ]     |
| Claim 7  | [    ]    | [ ✓ ]     |
| Claim 18 | [    ]    | [ ✓ ]     |
| Claim 19 | [    ]    | [ ✓ ]     |

## X.   INFRINGEMENT OF FAIRCHILD'S '595 PATENT

19.   Has Fairchild proven by a preponderance of the evidence that Power Integrations literally infringes any of the following claims of the '595 patent?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 17** | [    ] | [ ✓ ] |
| **Claim 22** | [    ] | [ ✓ ] |

20.   If you answered "NO" for any claim(s) in Question 19, has Fairchild proven by a preponderance of the evidence that Power Integrations infringes any of the following claim(s) of the '595 patent under the Doctrine of Equivalents?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 17** | [    ] | [ ✓ ] |
| **Claim 22** | [    ] | [ ✓ ] |

21.   Has Fairchild proven by a preponderance of the evidence that Power Integrations induced others to infringe any of the following claims of the '595 patent?

*"YES" is a finding for Fairchild.  "NO" is a finding for Power Integrations.*

Please check the boxes that reflect your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 17** | [    ] | [ ✓ ] |
| **Claim 22** | [    ] | [ ✓ ] |

12

## XI.   INVALIDITY OF FAIRCHILD'S '972 PATENT

22.    Has Power Integrations proven by clear and convincing evidence that any of the following claims of the '972 patent would have been obvious to a person of ordinary skill in the art at the time of the invention and therefore that any of the following claims are invalid?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|  | **YES** | **NO** |
|---|---|---|
| **Claim 6** | [     ] | [ ✓ ] |
| **Claim 7** | [     ] | [ ✓ ] |
| **Claim 18** | [     ] | [ ✓ ] |
| **Claim 19** | [     ] | [ ✓ ] |

13

## XII.   INVALIDITY OF FAIRCHILD'S '595 PATENT

23.     Has Power Integrations proven by clear and convincing evidence that any of the
following claims of the '595 patent are anticipated and therefore invalid?

*"YES" is a finding for Power Integrations.  "NO" is a finding for Fairchild.*

Please check the boxes that reflect your verdict.

|          | YES     | NO      |
|----------|---------|---------|
| **Claim 17** | [     ] | [ ✓ ]   |
| **Claim 22** | [     ] | [ ✓ ]   |

14