IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,

Plaintiff,

v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., FAIRCHILD
SEMICONDUCTOR CORPORATION, and
FAIRCHILD (TAIWAN) CORPORATION,

Defendants.

C.A. No. 08-309-LPS

## ORDER FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)

Pursuant to Federal Rule of Civil Procedure 54(b), the JURY VERDICT of April 27, 2012 (D.I. 574) and the ORDERS of the Court (D.I. 583, 731, 738), and for the reasons provided in the parties' November 1, 2013 joint submission (D.I. 748), and the Court finding that there is no just reason to delay entry of final judgment as to fewer than all claims, and that there is no unfair prejudice to the parties, JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff Power Integrations, Inc. ("Power Integrations") and against Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation (collectively, "Fairchild") with respect to direct infringement of claims 1 and 2 of U.S. Patent No. 7,834,605, and that claims 1 and 2 of such patent are not invalid;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

in favor of Fairchild and against Power Integrations with respect to indirect infringement of claims 1 and 2 of U.S. Patent No. 7,834,605;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct and indirect infringement of claims 6 and 7 of U.S. Patent No. 7,110,270;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild that claims 6 and 7 of U.S. Patent No. 7,110,270 are not invalid;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct and indirect infringement of claims 1 and 21 of U.S. Patent No. 6,249,876, and that claims 1 and 21 of such patent are not invalid;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct and indirect infringement of claim 18 of U.S. Patent No. 6,107,851, and that claim 18 of such patent is not invalid, and that such patent is not unenforceable due to inequitable conduct;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct infringement of claims 6, 7, 18, and 19 of U.S. Patent No. 7,259,972, and that claims 6, 7, 18 and 19 of such patent are not invalid, and that such patent is not unenforceable due to inequitable conduct; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered

in favor of Power Integrations and against Fairchild with respect to indirect infringement of claims 6, 7, 18, and 19 of U.S. Patent No. 7,259,972;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct and indirect infringement of claims 17 and 22 of U.S. Patent No. 7,352,595; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations that claims 17 and 22 of U.S. Patent No. 7,352,595 are not invalid.

This Judgment shall include the Court's disposition of pre-trial and post-trial motions and all findings, ruling and orders of the Court concerning the foregoing made before entry of this Judgment.

IT IS FURTHER ORDERED AND DECREED that this Judgment under Fed. R. Civ. P. 54(b) does not include the parties' damages claims and defenses or willful infringement claims and defenses.

Dated: January 13, 2015

_____
Chief Judge

_____
(By) Deputy Clerk