IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-309-LPS |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation (collectively "Fairchild"), Defendants in the above-captioned action, hereby appeal to the United States Court of Appeals for the Federal Circuit from those rulings adverse to Fairchild in the Final Judgment entered in this action on January 13, 2015 (D.I. 819), and any and all underlying orders, decisions, and rulings (whether merged into such final judgment or otherwise), including but not limited to the Orders on the construction of the claims at issue (D.I. 212, 337, 349, 513); the Order granting-in-part and denying-in-part Plaintiff's Motion for Judgment as a Matter of Law of Infringement of the '605 Patent, or for a New Trial (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of Infringement of the '972 Patent, or a New Trial (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of the Anticipation of the '605 Patent, or a New Trial (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of Anticipation of the '270 Patent (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of Anticipation of the '876 Patent (D.I. 732); the Order denying Fairchild's Motion for

{00942266;v1 }

Judgment as a Matter of Law of No Literal Infringement of the '876 Patent, or a New Trial (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of No Induced Infringement with Respect to the '851 and '876 Patents, or in the Alternative, for a New Trial (D.I. 732); the Order denying Fairchild's Motion for Judgment as a Matter of Law of Non-Infringement of the '851 Patent, or for a New Trial (D.I. 732); the Judgment Regarding Inequitable Conduct on Plaintiff's U.S. Patent No. 6,107,851 (D.I. 738); the Oral Order denying a permanent injunction against Plaintiff (D.I. 790, 792); the Order Granting Permanent Injunction against Fairchild (D.I. 794, 798); and any oral orders on the proposed jury instructions and proposed verdict form (D.I. 524, 526, 537-2, 554, 555, 563, 573, 574, 575).

ASHBY & GEDDES

*/s/ John G. Day*

_____
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Blair M. Jacobs
Christina A. Ondrick
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC  20001
(202) 756-8000

Leigh J. Martinson
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA  02109
(312) 535-4000

Dated:  February 10, 2015