IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>        Defendants. | C.A. No. 08-309 LPS |

## **POWER INTEGRATIONS' NOTICE OF APPEAL**

Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure, Plaintiff Power Integrations, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

- The parts of the Court's January 13, 2015 Order for Entry of Final Judgment Under Rule 54(b) adverse to Power Integrations (D.I. 819);

- The Court's January 13, 2015 order denying Power Integrations' Rule 60 motion (D.I. 818);

- The parts of the Court's May 3, 2013 Inequitable Conduct ruling adverse to Power Integrations, including its denial of Power Integrations' request for a finding of unenforceability with respect to U.S. Patent 7,259,972 (D.I. 738);

- The parts of the Court's March 29, 2013 post-trial order adverse to Power Integrations, including its denial Power Integrations' motions for JMOL and/or a new trial regarding (a) non-infringement and invalidity of U.S. Patent 7,259,972,

(b) anticipation of U.S. Patent 7,352,595; (c) infringement of U.S. Patent 7,110,270; and (d) indirect infringement of U.S. Patent 7,834,605 (D.I. 731, 732);

- The parts of the April 27, 2012 jury verdict adverse to Power Integrations and the parts of the accompanying May 18, 2012 judgment entered on that verdict that are adverse to Power Integrations (D.I. 576, 577, 583);
- The parts of the Court's March 13, 2012 claim construction and summary judgment order and opinion adverse to Power Integrations (D.I. 512, 513);
- The parts of the Court's October 5, 2010 summary judgment order and opinion adverse to Power Integrations (D.I. 348, 349);
- The parts of the Court's December 18, 2009 and July 21, 2010 claim construction orders adverse to Power Integrations (D.I. 212, 337); and
- Any other rulings, judgments, or orders adverse to Power Integrations, including rulings on evidentiary matters, jury instructions, or claim constructions during trial, which have now merged into the Court's Rule 54(b) judgment.

Dated: February 24, 2015	FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Email: marsden@fr.com

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**