*Read In Open Court on 11/9/18*  ᴺᵀᴰ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | |
| *Plaintiff,* | |
| v. | C.A. No. 08-309 LPS |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION, | |
| *Defendants,* | |

## VERDICT FORM

We, the jury, unanimously find as follows:

## I.      INDUCED INFRINGEMENT

1.      Has Power Integrations proven by a preponderance of the evidence that Fairchild induced other(s) to infringe the patent(s)-in-suit?

**YES** _✓_
(Verdict in favor of Power Integrations)

**NO** _____
(Verdict in favor of Fairchild)

(Continue to Section II.)

## II.     WILLFUL INFRINGEMENT

2.      Has Power Integrations proven by a preponderance of the evidence that Fairchild's <u>direct infringement</u> of the patent(s)-in-suit was willful?

**YES** _✓_
(Verdict in favor of Power Integrations)

**NO** _____
(Verdict in favor of Fairchild)

(If you answered Yes to Question 1, continue to Question 3.  If you answered No to Question 1, skip to Section III.)

3.      Has Power Integrations proven by a preponderance of the evidence that Fairchild's <u>induced infringement</u> of the patent(s)-in-suit was willful?

**YES** _✓_
(Verdict in favor of Power Integrations)

**NO** _____
(Verdict in favor of Fairchild)

(Continue to Section III.)

1

## III.   DAMAGES

4.   What amount in reasonable royalty damages did Power Integrations prove by a preponderance of the evidence that it is entitled to for Fairchild's infringement?

$ _24,270,194.20_

\*     \*     \*

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations.  You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: _11/9/2018_

REDACTED          REDACTED

2